# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

In Re:

    CURTIS A. THOMPSON

        Debtor/Appellee

CASE NO. 2:23-cv-00802-JHC
Internal Appeal No.: 23-S008

BANKR. CASE NO. 22-11846-MLB
[Chapter 13]

ORDER GRANTING APPELLEE'S
MOTION TO DISMISS APPEAL

THIS MATTER comes before the Court on the Appellee's Motion to Dismiss for Lack of Subject Matter Jurisdiction. Dkt. # 7. The Court has reviewed the materials submitted in support of and in opposition to the motion, pertinent portions of the record, and the applicable law.

Being fully advised, for the reasons argued by Appellee, the Court GRANTS the motion and DISMISSES this appeal. Given this ruling, the Court does not reach the merits of the appeal and thus does not determine whether it is frivolous under Federal Rule of Bankruptcy Procedure 8020(a). Nor

ORDER GRANTING APPELLEE'S
MOTION TO DISMISS APPEAL- 1

does the Court see a basis to exercise its discretion to impose sanctions under Rule 8020(b).

Accordingly, the Court DENIES Appellee's request for sanctions.

　　　　Dated this 19th day of September, 2023

*[signature: John H. Chun]*

Hon. John H. Chun
U.S. DISTRICT JUDGE

ORDER GRANTING APPELLEE'S
MOTION TO DISMISS APPEAL- 2